IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| *IN RE:* WILLIAM W. CARNEY and JANIE CARNEY, | * * * | CV 117-105 |
| Debtors. | * * * | Chapter 13 Case No. 12-11550 |
| WILLIAM W. CARNEY and JANICE CARNEY, | * * * | Adversary Proceeding No. 13-01019 |
| Plaintiffs, | * * | |
| v. | * * | |
| CITIMORTGAGE, INC. and LESLIE RICHARDS, P.C., | * * * | |
| Defendants. | * | |

**O R D E R**

Before the Court is the United States Chief Bankruptcy Judge's Report and Recommendation advising this Court to enter default judgment against Defendant Leslie Richards, P.C. in the amount of $38,692.10. (Doc. 1-2, at 107-15; Carney, et al. v. CitiMortgage, Inc., et al. (In re Carney), Adv. Proc. No. 1:13-AP-01019 (Bankr. S.D. Ga. filed May 22, 2013), Doc. 174.) Defendant Leslie Richards, P.C. responded in opposition to the Report and Recommendation. (Doc. 2.) After a careful, *de novo* review of the file and a thorough consideration of the Chief Bankruptcy Judge's proposed findings and conclusions as well as Defendant Leslie Richards, P.C.'s objections thereto, the Court

concurs with the Chief Bankruptcy Judge's Report and Recommendation *in toto*. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the Chief Bankruptcy Judge (doc. 1-2, at 107-15) as its opinion and **DIRECTS** the Clerk of this Court to enter judgment in favor of Plaintiffs/Debtors William W. Carney and Janice Carney against Defendant Leslie Richards, P.C., in the amount of $38,692.10. Defendant Leslie Richards, P.C. **SHALL PAY INSTANTER** the funds necessary to satisfy the judgment contemplated hereby to Plaintiffs'/Debtors' counsel of record, Mr. James C. Overstreet, Jr. of Klosinski Overstreet, LLP, at 1229 Augusta West Parkway, Augusta, Georgia 30909, with such funds to be held in trust by Mr. Overstreet pending a distribution order from the Bankruptcy Court after notice and hearing. The Clerk is further directed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 26th day of October, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA